Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Duane Sompel** | : | Case No. 16−24446−GLT |
| **Marcia Sompel** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 167 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 7/27/22 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 26th of May, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 167 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before July 11, 2022**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on **July 27, 2022 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing.*

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 16-24446-GLT |
|---|---|
| Duane Sompel | Chapter 13 |
| Marcia Sompel | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: 604 | Total Noticed: 63 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Duane Sompel, Marcia Sompel, 214 Alexander Ave, Greensburg, PA 15601-2826 |
| r | + | Scott Ludwick, 108 Old Route 30, Greensburg, PA 15601-3516 |
| 14329828 | + | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| 14329832 | + | Cap1/bontn, Po Box 15221, Wilmington, DE 19850-5221 |
| 14346477 | + | Excela Health, 532 W Pittsburgh St, Greensburg, PA 15601-2239 |
| 14329853 | + | First Data, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 14329858 | + | Mortgage Lenders Netwo, 213 Court St, Middletown, CT 06457-3346 |
| 14386059 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14329863 | + | S&T Bank, Attn Credit Dept, PO Box 190, Indiana, PA 15701-0190 |
| 14329865 | + | Sst/synovus, Po Box 3997, Saint Joseph, MO 64503-0997 |
| 14329886 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14345669 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14329887 | + | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | May 26 2022 23:54:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 26 2022 23:55:00 | Hyundai Motor Finance, Administrator for Hyundai L, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14329829 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 26 2022 23:54:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14329830 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 26 2022 23:55:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14408449 | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 23:53:46 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14329833 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:25 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14346464 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:53:35 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14381976 | | Email/PDF: bncnotices@becket-lee.com | May 26 2022 23:54:29 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14329836 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:03 | Capital One, N.a., Po Box 30273, Salt Lake City, UT 84130-0273 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14329837 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 26 2022 23:54:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5951 |
| 14415818 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 26 2022 23:54:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |
| 14329838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 00:04:39 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14329843 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2022 23:55:00 | Comenity Bank/bon Ton, Po Box 182789, Columbus, OH 43218-2789 |
| 14329844 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2022 23:55:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14329845 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2022 23:55:00 | Comenity Bank/maurices, Po Box 182789, Columbus, OH 43218-2789 |
| 14329846 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2022 23:55:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14329847 | + | Email/Text: BKPT@cfna.com | May 26 2022 23:54:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14329852 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 23:54:07 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14333697 | | Email/Text: mrdiscen@discover.com | May 26 2022 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14329848 | + | Email/Text: mrdiscen@discover.com | May 26 2022 23:54:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14357990 | + | Email/Text: DSLBKYPRO@discover.com | May 26 2022 23:55:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 14329850 | + | Email/Text: DSLBKYPRO@discover.com | May 26 2022 23:55:00 | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14329854 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 26 2022 23:55:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14329855 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 26 2022 23:55:00 | Hyundai Capital Americ, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 14346480 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 26 2022 23:55:00 | Hyundai Capital America, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 14331780 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 26 2022 23:55:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14329839 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2022 23:54:01 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329856 | + | Email/Text: PBNCNotifications@peritusservices.com | May 26 2022 23:54:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15363840 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 26 2022 23:54:24 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14395771 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2022 23:55:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14329859 | | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2022 23:55:00 | Nationstar Mortgage Ll, 350 Highland Dr, Lewisville, TX 75067 |
| 14329860 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14329861 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14395363 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:54:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: 604 | Total Noticed: 63 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14341770 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14329862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 00:04:46 | Rshk/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14329864 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 00:04:39 | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14329866 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:02 | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329868 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:25 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14329871 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:00 | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329872 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:53:36 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329874 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:27 | Syncb/ritz Camera, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329875 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:03 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 14329877 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:27 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14329878 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:25 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329881 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:27 | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329882 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:27 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14329883 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 23:54:30 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14329884 | + | Email/PDF: tbiedi@PRAGroup.com | May 26 2022 23:54:04 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14329885 | + | Email/Text: bncmail@w-legal.com | May 26 2022 23:55:00 | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | | S&T Bank |
| cr | *+ | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 14346460 | *+ | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| 14346461 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14329831 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14346462 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14329834 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14329835 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14346465 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14346463 | *+ | Cap1/bontn, Po Box 15221, Wilmington, DE 19850-5221 |
| 14346466 | *+ | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5951 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 5 |
| Date Rcvd: May 26, 2022 | Form ID: 604 | Total Noticed: 63 |

| | | |
|---|---|---|
| 14346467 | *+ | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14346469 | *+ | Comenity Bank/bon Ton, Po Box 182789, Columbus, OH 43218-2789 |
| 14346470 | *+ | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14346471 | *+ | Comenity Bank/maurices, Po Box 182789, Columbus, OH 43218-2789 |
| 14346472 | *+ | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14346473 | *+ | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14346476 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14329849 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14346474 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14329851 | *+ | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14346475 | *+ | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14346478 | *+ | First Data, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 14346479 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14329840 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329841 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329842 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14346468 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329857 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14346481 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14346482 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14419129 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14346483 | *+ | Rshk/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14346484 | *+ | S&T Bank, Attn Credit Dept, PO Box 190, Indiana, PA 15701-0190 |
| 14346485 | *+ | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14346486 | *+ | Sst/synovus, Po Box 3997, Saint Joseph, MO 64503-0997 |
| 14329867 | *+ | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346487 | *+ | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329869 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14329870 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14346488 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14346489 | *+ | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329873 | *+ | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346490 | *+ | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329876 | *+ | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 14329879 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329880 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346491 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346492 | *+ | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14346493 | *+ | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14346494 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14346495 | *+ | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14346496 | *+ | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14346497 | *P++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203, address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14346498 | *+ | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 2 Undeliverable, 54 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: May 26, 2022 | Form ID: 604 | Total Noticed: 63 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor S&T Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services LLC pabk@logs.com, logsecf@logs.com |
| Lawrence W. Willis | on behalf of Joint Debtor Marcia Sompel ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Duane Sompel ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Hyundai Motor Finance Administrator for Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8