**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DUANE SOMPEL<br>MARCIA SOMPEL<br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　vs.<br>No Respondents. | Case No.:16-24446<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/30/2016 and confirmed on 2/10/17 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 97,058.72 |
| Less Refunds to Debtor | 485.65 | |
| TOTAL AMOUNT OF PLAN FUND | | 96,573.07 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,450.00 | |
|   Trustee Fee | 4,584.16 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,034.16 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 56,628.18 | 0.00 | 56,628.18 |
|     Acct: 0633 | | | | |
|   S & T BANK(*) | 270.06 | 270.06 | 0.00 | 270.06 |
|     Acct: 7200 | | | | |
|   MIDFIRST BANK SSB* | 1,124.90 | 1,124.90 | 0.00 | 1,124.90 |
|     Acct: 0633 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 5,402.26 | 5,402.26 | 628.13 | 6,030.39 |
|     Acct: 8318 | | | | |
| | | | | 64,053.53 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DUANE SOMPEL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DUANE SOMPEL | 485.65 | 485.65 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAWRENCE W WILLIS ESQ | 2,750.00 | 2,750.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX1-18 | | | | |
|   LAWRENCE W WILLIS ESQ | 500.00 | 500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HYUNDAI LEASE TITLING TRUST | 2,405.16 | 2,405.16 | 0.00 | 2,405.16 |
|     Acct: 5817 | | | | |
|   PA DEPARTMENT OF REVENUE* | 373.82 | 373.82 | 0.00 | 373.82 |
|     Acct: 9121 | | | | |
|   MIDFIRST BANK SSB* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0633 | | | | |
| | | | | 2,778.98 |
| **Unsecured** | | | | |
|   AURORA BANK FSB++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 7416 | | | | |
| | BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9642 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 5,725.79 | 1,719.28 | 0.00 | 1,719.28 |
| | Acct: 4807 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3032 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 4,418.82 | 1,326.84 | 0.00 | 1,326.84 |
| | Acct: 9856 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 3,923.88 | 1,178.22 | 0.00 | 1,178.22 |
| | Acct: 0614 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,130.49 | 339.45 | 0.00 | 339.45 |
| | Acct: 8867 | | | | |
| | CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2110 | | | | |
| | JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1513 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8800 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1065 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7074 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2340 | | | | |
| | CREDIT FIRST NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9471 | | | | |
| | DISCOVER BANK(*) | 8,173.17 | 2,454.16 | 0.00 | 2,454.16 |
| | Acct: 9333 | | | | |
| | DISCOVER BANK(*) | 4,058.06 | 1,218.51 | 0.00 | 1,218.51 |
| | Acct: 3906 | | | | |
| | DISCOVER STUDENT LOANS | 2,559.91 | 768.66 | 0.00 | 768.66 |
| | Acct: 0134 | | | | |
| | DISCOVER STUDENT LOANS | 9,610.86 | 2,885.85 | 0.00 | 2,885.85 |
| | Acct: 0131 | | | | |
| | DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1370 | | | | |
| | EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST DATA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3000 | | | | |
| | GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3936 | | | | |
| | CAPITAL ONE NA** | 974.82 | 292.71 | 0.00 | 292.71 |
| | Acct: 1562 | | | | |
| | KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6732 | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1107 | | | | |
| | RSHK/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4065 | | | | |
| | SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4790 | | | | |
| | SST* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5009 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1283 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3681 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3562 | | | | |
|   MIDLAND FUNDING LLC | 3,126.72 | 938.86 | 0.00 | 938.86 |
| Acct: 8317 | | | | |
|   MIDLAND FUNDING LLC | 5,867.51 | 1,761.84 | 0.00 | 1,761.84 |
| Acct: 5065 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5905 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3571 | | | | |
|   THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9843 | | | | |
|   BUREAUS INVESTMENT GROUP PORTFO | 5,089.46 | 1,528.21 | 0.00 | 1,528.21 |
| Acct: 5434 | | | | |
|   TNB VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5906 | | | | |
|   WELLS FARGO HOME MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2624 | | | | |
|   PA DEPARTMENT OF REVENUE* | 12.78 | 3.84 | 0.00 | 3.84 |
| Acct: 9121 | | | | |
|   MIDLAND FUNDING LLC | 7,626.36 | 2,289.97 | 0.00 | 2,289.97 |
| Acct: 2995 | | | | |
|   KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 18,706.40 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 85,538.91 |
| TOTAL CLAIMED | | |
|   PRIORITY | 2,778.98 | |
|   SECURED | 6,797.22 | |
|   UNSECURED | 62,298.63 | |

Date: 05/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DUANE SOMPEL
MARCIA SOMPEL
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:16-24446

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Duane Sompel  
Marcia Sompel  
    Debtors

Case No. 16-24446-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: May 26, 2022      Form ID: pdf900      Total Noticed: 63

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Duane Sompel, Marcia Sompel, 214 Alexander Ave, Greensburg, PA 15601-2826 |
| r | + | Scott Ludwick, 108 Old Route 30, Greensburg, PA 15601-3516 |
| 14329828 | + | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| 14329832 | + | Cap1/bontn, Po Box 15221, Wilmington, DE 19850-5221 |
| 14346477 | + | Excela Health, 532 W Pittsburgh St, Greensburg, PA 15601-2239 |
| 14329853 | + | First Data, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 14329858 | + | Mortgage Lenders Netwo, 213 Court St, Middletown, CT 06457-3346 |
| 14386059 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14329863 | + | S&T Bank, Attn Credit Dept, PO Box 190, Indiana, PA 15701-0190 |
| 14329865 | + | Sst/synovus, Po Box 3997, Saint Joseph, MO 64503-0997 |
| 14329886 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14345669 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14329887 | + | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | May 26 2022 23:54:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 26 2022 23:55:00 | Hyundai Motor Finance, Administrator for Hyundai L, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14329829 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 26 2022 23:54:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14329830 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 26 2022 23:55:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14408449 | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 23:54:06 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14329833 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:03 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14346464 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:53:36 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14381976 | | Email/PDF: bncnotices@becket-lee.com | May 27 2022 00:04:39 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14329836 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 23:54:03 | Capital One, N.a., Po Box 30273, Salt Lake City, UT 84130-0273 |

Case 16-24446-GLT   Doc 170   Filed 05/28/22   Entered 05/29/22 00:25:10   Desc
Imaged Certificate of Notice   Page 7 of 10

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 63 |

| | | | | |
|---|---|---|---|---|
| 14329837 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 26 2022 23:54:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5951 |
| 14415818 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 26 2022 23:54:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5951 |
| 14329838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 23:54:30 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14329843 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2022 23:55:00 | Comenity Bank/bon Ton, Po Box 182789, Columbus, OH 43218-2789 |
| 14329844 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2022 23:55:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14329845 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2022 23:55:00 | Comenity Bank/maurices, Po Box 182789, Columbus, OH 43218-2789 |
| 14329846 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 26 2022 23:55:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14329847 | + | Email/Text: BKPT@cfna.com | May 26 2022 23:54:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14329852 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 23:54:07 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14333697 | | Email/Text: mrdiscen@discover.com | May 26 2022 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14329848 | + | Email/Text: mrdiscen@discover.com | May 26 2022 23:54:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14357990 | + | Email/Text: DSLBKYPRO@discover.com | May 26 2022 23:55:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 14329850 | + | Email/Text: DSLBKYPRO@discover.com | May 26 2022 23:55:00 | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14329854 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 26 2022 23:55:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14329855 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 26 2022 23:55:00 | Hyundai Capital Americ, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 14346480 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 26 2022 23:55:00 | Hyundai Capital America, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 14331780 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 26 2022 23:55:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14329839 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2022 23:54:24 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329856 | + | Email/Text: PBNCNotifications@peritusservices.com | May 26 2022 23:54:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15363840 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | May 26 2022 23:54:24 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14395771 | + | Email/Text: bankruptcydpt@mcmcg.com | May 26 2022 23:55:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14329859 | | Email/Text: nsm_bk_notices@mrcooper.com | May 26 2022 23:55:00 | Nationstar Mortgage Ll, 350 Highland Dr, Lewisville, TX 75067 |
| 14329860 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14329861 | | Email/Text: Bankruptcy.Notices@pnc.com | May 26 2022 23:55:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14395363 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 23:54:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

Case 16-24446-GLT    Doc 170    Filed 05/28/22    Entered 05/29/22 00:25:10    Desc
Imaged Certificate of Notice    Page 8 of 10

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 63 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14341770 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2022 23:55:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14329862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 23:54:30 | Rshk/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14329864 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2022 00:04:39 | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14329866 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:53:36 | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329868 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:53:39 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14329871 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:26 | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329872 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:53:37 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329874 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:02 | Syncb/ritz Camera, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329875 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:03 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 14329877 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:53:36 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14329878 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329881 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:54:25 | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329882 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 23:53:37 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14329883 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 23:54:30 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14329884 | + | Email/PDF: tbiedi@PRAGroup.com | May 26 2022 23:53:37 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14329885 | + | Email/Text: bncmail@w-legal.com | May 26 2022 23:55:00 | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | | S&T Bank |
| cr | *+ | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 14346460 | *+ | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| 14346461 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14329831 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14346462 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14329834 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14329835 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14346465 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14346463 | *+ | Cap1/bontn, Po Box 15221, Wilmington, DE 19850-5221 |
| 14346466 | *+ | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5951 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 26, 2022 | Form ID: pdf900 | Total Noticed: 63 |

| | | |
|---|---|---|
| 14346467 | *+ | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14346469 | *+ | Comenity Bank/bon Ton, Po Box 182789, Columbus, OH 43218-2789 |
| 14346470 | *+ | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14346471 | *+ | Comenity Bank/maurices, Po Box 182789, Columbus, OH 43218-2789 |
| 14346472 | *+ | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14346473 | *+ | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14346476 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14329849 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14346474 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14329851 | *+ | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14346475 | *+ | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14346478 | *+ | First Data, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 14346479 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14329840 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329841 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329842 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14346468 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329857 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14346481 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14346482 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14419129 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14346483 | *+ | Rshk/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14346484 | *+ | S&T Bank, Attn Credit Dept, PO Box 190, Indiana, PA 15701-0190 |
| 14346485 | *+ | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14346486 | *+ | Sst/synovus, Po Box 3997, Saint Joseph, MO 64503-0997 |
| 14329867 | *+ | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346487 | *+ | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329869 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14329870 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14346488 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14346489 | *+ | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329873 | *+ | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346490 | *+ | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329876 | *+ | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 14329879 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329880 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346491 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346492 | *+ | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14346493 | *+ | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14346494 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14346495 | *+ | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14346496 | *+ | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14346497 | *P++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203, address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14346498 | *+ | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 2 Undeliverable, 54 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2022　　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor S&T Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services LLC pabk@logs.com, logsecf@logs.com |
| Lawrence W. Willis | on behalf of Joint Debtor Marcia Sompel ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Duane Sompel ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Hyundai Motor Finance Administrator for Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8