**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Duane Sompel | Social Security number or ITIN  xxx–xx–2619 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Marcia Sompel | Social Security number or ITIN  xxx–xx–8711 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:  16–24446–GLT

# Order of Discharge                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Duane Sompel                                    Marcia Sompel

7/13/22                                         **By the court:** Gregory L. Taddonio
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Duane Sompel  
Marcia Sompel  
    Debtors

Case No. 16-24446-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 5  
Date Rcvd: Jul 13, 2022      Form ID: 3180W      Total Noticed: 65

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Duane Sompel, Marcia Sompel, 214 Alexander Ave, Greensburg, PA 15601-2826 |
| r | + | Scott Ludwick, 108 Old Route 30, Greensburg, PA 15601-3516 |
| 14329828 | + | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| 14329832 | + | Cap1/bontn, Po Box 15221, Wilmington, DE 19850-5221 |
| 14346477 | + | Excela Health, 532 W Pittsburgh St, Greensburg, PA 15601-2239 |
| 14329853 | + | First Data, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 14329858 | + | Mortgage Lenders Netwo, 213 Court St, Middletown, CT 06457-3346 |
| 14386059 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14329863 | + | S&T Bank, Attn Credit Dept, PO Box 190, Indiana, PA 15701-0190 |
| 14329865 | + | Sst/synovus, Po Box 3997, Saint Joseph, MO 64503-0997 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jul 14 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 14 2022 03:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 23:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 13 2022 23:41:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 13 2022 23:42:00 | Hyundai Motor Finance, Administrator for Hyundai L, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14329829 | + | EDI: BANKAMER.COM | Jul 14 2022 03:38:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14329830 | + | EDI: TSYS2 | Jul 14 2022 03:38:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14408449 | + | EDI: RECOVERYCORP.COM | Jul 14 2022 03:38:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14329833 | EDI: CAPITALONE.COM | Jul 14 2022 03:38:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14346464 | + EDI: CAPITALONE.COM | Jul 14 2022 03:38:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14381976 | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 23:46:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14329836 | + EDI: CAPITALONE.COM | Jul 14 2022 03:38:00 | Capital One, N.a., Po Box 30273, Salt Lake City, UT 84130-0273 |
| 14329837 | + Email/Text: BKBCNMAIL@carringtonms.com | Jul 13 2022 23:41:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5948 |
| 14415818 | + Email/Text: BKBCNMAIL@carringtonms.com | Jul 13 2022 23:41:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 14329838 | + EDI: CITICORP.COM | Jul 14 2022 03:38:00 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14329843 | + EDI: WFNNB.COM | Jul 14 2022 03:38:00 | Comenity Bank/bon Ton, Po Box 182789, Columbus, OH 43218-2789 |
| 14329844 | + EDI: WFNNB.COM | Jul 14 2022 03:38:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14329845 | + EDI: WFNNB.COM | Jul 14 2022 03:38:00 | Comenity Bank/maurices, Po Box 182789, Columbus, OH 43218-2789 |
| 14329846 | + EDI: WFNNB.COM | Jul 14 2022 03:38:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14329847 | + EDI: CRFRSTNA.COM | Jul 14 2022 03:38:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14329852 | + EDI: CITICORP.COM | Jul 14 2022 03:38:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14333697 | EDI: DISCOVER.COM | Jul 14 2022 03:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14329848 | + EDI: DISCOVER.COM | Jul 14 2022 03:38:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14357990 | + EDI: DISCOVERSL.COM | Jul 14 2022 03:38:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 14329850 | + EDI: DISCOVERSL.COM | Jul 14 2022 03:38:00 | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14329854 | + EDI: PHINAMERI.COM | Jul 14 2022 03:38:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14329855 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 13 2022 23:42:00 | Hyundai Capital Americ, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 14346480 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 13 2022 23:42:00 | Hyundai Capital America, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 14331780 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 13 2022 23:42:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14329839 | EDI: JPMORGANCHASE | Jul 14 2022 03:38:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329856 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 13 2022 23:41:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15363840 | + EDI: AISMIDFIRST | Jul 14 2022 03:38:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14395771 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2022 23:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: 3180W | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| 14329859 | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2022 23:41:00 | Nationstar Mortgage Ll, 350 Highland Dr, Lewisville, TX 75067 |
| 14329860 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2022 23:41:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14329861 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2022 23:41:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14395363 | EDI: PRA.COM | Jul 14 2022 03:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14341770 | EDI: PENNDEPTREV | Jul 14 2022 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14341770 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14329862 | + EDI: CITICORP.COM | Jul 14 2022 03:38:00 | Rshk/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14329864 | + EDI: CITICORP.COM | Jul 14 2022 03:38:00 | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14329866 | + EDI: RMSC.COM | Jul 14 2022 03:38:00 | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329868 | + EDI: RMSC.COM | Jul 14 2022 03:38:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14329871 | + EDI: RMSC.COM | Jul 14 2022 03:38:00 | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329872 | + EDI: RMSC.COM | Jul 14 2022 03:38:00 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329874 | + EDI: RMSC.COM | Jul 14 2022 03:38:00 | Syncb/ritz Camera, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329875 | + EDI: RMSC.COM | Jul 14 2022 03:38:00 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 14329877 | + EDI: RMSC.COM | Jul 14 2022 03:38:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14329878 | + EDI: RMSC.COM | Jul 14 2022 03:38:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329881 | + EDI: RMSC.COM | Jul 14 2022 03:38:00 | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329882 | + EDI: RMSC.COM | Jul 14 2022 03:38:00 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14329883 | + EDI: CITICORP.COM | Jul 14 2022 03:38:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14329884 | + EDI: PRATHEBUR | Jul 14 2022 03:38:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14329885 | + EDI: WTRRNBANK.COM | Jul 14 2022 03:38:00 | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14329886 | EDI: WFFC.COM | Jul 14 2022 03:38:00 | Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14345669 | EDI: WFAUTO | Jul 14 2022 03:38:00 | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14329887 | + EDI: WFAUTO | Jul 14 2022 03:38:00 | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 58

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | | S&T Bank |
| cr | *+ | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 14346460 | *+ | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| 14346461 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14329831 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14346462 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14329834 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14329835 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14346465 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14346463 | *+ | Cap1/bontn, Po Box 15221, Wilmington, DE 19850-5221 |
| 14346466 | *+ | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5948 |
| 14346467 | *+ | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14346469 | *+ | Comenity Bank/bon Ton, Po Box 182789, Columbus, OH 43218-2789 |
| 14346470 | *+ | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14346471 | *+ | Comenity Bank/maurices, Po Box 182789, Columbus, OH 43218-2789 |
| 14346472 | *+ | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14346473 | *+ | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14346476 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14329849 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14346474 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14329851 | *+ | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14346475 | *+ | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14346478 | *+ | First Data, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 14346479 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14329840 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329841 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329842 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14346468 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329857 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14346481 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14346482 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14419129 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14346483 | *+ | Rshk/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14346484 | *+ | S&T Bank, Attn Credit Dept, PO Box 190, Indiana, PA 15701-0190 |
| 14346485 | *+ | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14346486 | *+ | Sst/synovus, Po Box 3997, Saint Joseph, MO 64503-0997 |
| 14329867 | *+ | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346487 | *+ | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329869 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14329870 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14346488 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14346489 | *+ | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329873 | *+ | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346490 | *+ | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329876 | *+ | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 14329879 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329880 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346491 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346492 | *+ | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: 3180W | Total Noticed: 65 |

| | | |
|---|---|---|
| 14346493 | *+ | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14346494 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14346495 | *+ | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14346496 | *+ | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14346497 | *P++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203, address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14346498 | *+ | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 2 Undeliverable, 54 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor S&T Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services LLC pabk@logs.com, logsecf@logs.com |
| Lawrence W. Willis | on behalf of Joint Debtor Marcia Sompel ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Duane Sompel ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Hyundai Motor Finance Administrator for Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8