IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
DUANE SOMPEL
MARCIA SOMPEL
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:16-24446

Chapter 13

Related to Dkt. No. 167

FILED
7/13/22 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this 13th day of July, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

jah

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-24446-GLT |
| Duane Sompel | Chapter 13 |
| Marcia Sompel | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jul 13, 2022 | Form ID: pdf900 | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Duane Sompel, Marcia Sompel, 214 Alexander Ave, Greensburg, PA 15601-2826 |
| r | + | Scott Ludwick, 108 Old Route 30, Greensburg, PA 15601-3516 |
| 14329828 | + | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| 14329832 | + | Cap1/bontn, Po Box 15221, Wilmington, DE 19850-5221 |
| 14346477 | + | Excela Health, 532 W Pittsburgh St, Greensburg, PA 15601-2239 |
| 14329853 | + | First Data, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 14329858 | + | Mortgage Lenders Netwo, 213 Court St, Middletown, CT 06457-3346 |
| 14386059 | + | S&T Bank, 355 North 5th Street, Indiana, PA 15701-1940 |
| 14329863 | + | S&T Bank, Attn Credit Dept, PO Box 190, Indiana, PA 15701-0190 |
| 14329865 | + | Sst/synovus, Po Box 3997, Saint Joseph, MO 64503-0997 |
| 14329886 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14345669 | | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14329887 | + | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 13 2022 23:41:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| cr | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 13 2022 23:42:00 | Hyundai Motor Finance, Administrator for Hyundai L, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 14329829 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 13 2022 23:41:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14329830 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 13 2022 23:41:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14408449 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 13 2022 23:46:51 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14329833 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 23:47:09 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14346464 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 23:47:09 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14381976 | | Email/PDF: bncnotices@becket-lee.com | Jul 13 2022 23:47:10 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14329836 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 13 2022 23:46:45 | Capital One, N.a., Po Box 30273, Salt Lake City, UT 84130-0273 |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 14329837 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 13 2022 23:41:00 | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5948 |
| 14415818 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jul 13 2022 23:41:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806-5948 |
| 14329838 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 23:57:34 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14329843 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2022 23:41:00 | Comenity Bank/bon Ton, Po Box 182789, Columbus, OH 43218-2789 |
| 14329844 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2022 23:41:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14329845 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2022 23:41:00 | Comenity Bank/maurices, Po Box 182789, Columbus, OH 43218-2789 |
| 14329846 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2022 23:41:00 | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14329847 | + | Email/Text: BKPT@cfna.com | Jul 13 2022 23:41:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14329852 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 23:57:42 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14333697 | | Email/Text: mrdiscen@discover.com | Jul 13 2022 23:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14329848 | + | Email/Text: mrdiscen@discover.com | Jul 13 2022 23:41:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14357990 | + | Email/Text: DSLBKYPRO@discover.com | Jul 13 2022 23:42:00 | Discover Student Loans, PO BOX 30925, Salt Lake City, UT 84130-0925 |
| 14329850 | + | Email/Text: DSLBKYPRO@discover.com | Jul 13 2022 23:42:00 | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14329854 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 13 2022 23:41:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14329855 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 13 2022 23:42:00 | Hyundai Capital Americ, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 14346480 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 13 2022 23:42:00 | Hyundai Capital America, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2516 |
| 14331780 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 13 2022 23:42:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14329839 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 13 2022 23:47:08 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329856 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 13 2022 23:41:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 15363840 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 13 2022 23:46:44 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 14395771 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2022 23:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14329859 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 13 2022 23:41:00 | Nationstar Mortgage Ll, 350 Highland Dr, Lewisville, TX 75067 |
| 14329860 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2022 23:41:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14329861 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 13 2022 23:41:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14395363 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2022 23:47:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14341770 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2022 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14329862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 23:57:38 | Rshk/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14329864 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 23:57:42 | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14329866 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 23:47:09 | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329868 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 23:47:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14329871 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 23:47:00 | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329872 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 23:47:09 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329874 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 23:47:00 | Syncb/ritz Camera, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329875 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 23:47:00 | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 14329877 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 23:46:48 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14329878 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 23:47:08 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329881 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 23:47:09 | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329882 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2022 23:47:09 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14329883 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2022 23:57:42 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14329884 | + | Email/PDF: tbiedi@PRAGroup.com | Jul 13 2022 23:46:47 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14329885 | + | Email/Text: bncmail@w-legal.com | Jul 13 2022 23:41:00 | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14345669 | | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 13 2022 23:57:38 | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14329887 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jul 13 2022 23:57:38 | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 52

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| cr | | S&T Bank |
| cr | *+ | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |
| 14346460 | *+ | Aurora Bank, Pob 1706, Scottsbluff, NE 69363-1706 |
| 14346461 | *+ | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 14329831 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14346462 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14329834 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: pdf900 | Total Noticed: 63 |

| | | |
|---|---|---|
| 14329835 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14346465 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14346463 | *+ | Cap1/bontn, Po Box 15221, Wilmington, DE 19850-5221 |
| 14346466 | *+ | Carrington Mortgage Se, 1600 S Douglass Rd Ste 2, Anaheim, CA 92806-5948 |
| 14346467 | *+ | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14346469 | *+ | Comenity Bank/bon Ton, Po Box 182789, Columbus, OH 43218-2789 |
| 14346470 | *+ | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14346471 | *+ | Comenity Bank/maurices, Po Box 182789, Columbus, OH 43218-2789 |
| 14346472 | *+ | Comenity Bank/peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14346473 | *+ | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14346476 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14329849 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14346474 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14329851 | *+ | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14346475 | *+ | Discover Student Loans, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14346478 | *+ | First Data, 265 Broad Hollow R, Melville, NY 11747-4833 |
| 14346479 | *+ | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 14329840 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329841 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329842 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14346468 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14329857 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14346481 | *+ | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14346482 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14419129 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14346483 | *+ | Rshk/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14346484 | *+ | S&T Bank, Attn Credit Dept, PO Box 190, Indiana, PA 15701-0190 |
| 14346485 | *+ | Sears/cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 14346486 | *+ | Sst/synovus, Po Box 3997, Saint Joseph, MO 64503-0997 |
| 14329867 | *+ | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346487 | *+ | Syncb/amer Eagle Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329869 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14329870 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14346488 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14346489 | *+ | Syncb/lumber Liquidato, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14329873 | *+ | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346490 | *+ | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329876 | *+ | Syncb/sams, Po Box 965005, Orlando, FL 32896-5005 |
| 14329879 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14329880 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346491 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14346492 | *+ | Syncb/sleep Number, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14346493 | *+ | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14346494 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14346495 | *+ | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 14346496 | *+ | Tnb - Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14346497 | *P++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203, address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14346498 | *+ | Wfds/wds, Po Box 1697, Winterville, NC 28590-1697 |

TOTAL: 2 Undeliverable, 54 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Jul 13, 2022 | Form ID: pdf900 | Total Noticed: 63 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com |
| Brian M. Kile | on behalf of Creditor S&T Bank bkile@grenenbirsic.com mcupec@grenenbirsic.com;lstanger@grenenbirsic.com |
| Kevin Scott Frankel | on behalf of Creditor Carrington Mortgage Services LLC pabk@logs.com, logsecf@logs.com |
| Lawrence W. Willis | on behalf of Joint Debtor Marcia Sompel ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence W. Willis | on behalf of Debtor Duane Sompel ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Hyundai Motor Finance Administrator for Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 8